Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM, a Washington resident,<br><br>            Plaintiff,<br><br>     vs.<br><br>JEFF'S AUTO REPAIR, INC., a Washington Corporation,<br><br>            Defendant. | NO. 2:19-cv-00391-JCC<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i) WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Trisha York and her counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties.

Defendant has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

/

/

NOTICE OF DISMISSAL UNDER RULE 41
2:19-cv-00391-JCC

Page 1 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

DATED THIS 23rd day of May, 2019

WASHINGTON CIVIL & DISABILITY ADVOCATE
Attorneys for Plaintiff

| /S/ FELICITY CHAMBERLAIN | /S/ CONRAD REYNOLDSON |
|---|---|
| Felicity Chamberlain | Conrad Reynoldson |
| WSBA# 51923 | WSBA# 48187 |
| 4115 Roosevelt Way NE, Suite B | 4115 Roosevelt Way NE, Suite B |
| Seattle, WA 98105 | Seattle, WA 98105 |
| (206) 428-3558 | (206) 428-3558 |
| felicity@wacda.com | conrad@wacda.com |

NOTICE OF DISMISSAL UNDER RULE 41
2:19-cv-00391-JCC

Page 2 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

## CERTIFICATE OF SERVICE

     I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also emailed a copy to defense counsel Lauren Parris Watts, of Helsell Fetterman, LLP, at LWatts@helsell.com.

Dated this 23th Day of May, 2019

                              */s/ Felicity Chamberlain*
                              Felicity Chamberlain

NOTICE OF DISMISSAL UNDER RULE 41
2:19-cv-00391-JCC

Page 3 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558